884 A.2d 1263

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JOHN BANKO, DEFENDANT–PETITIONER.

October 26, 2005.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

884 A.2d 1263

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. COURTNEY CLEMENT, DEFENDANT–
PETITIONER.

October 26, 2005.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).